# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Rice, David E. | **2. Court or Organization**<br><br>U.S. Bankruptcy Court, District of MD | **3. Date of Report**<br><br>05/14/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge - active. | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>**5b.** ☐　Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| **7. Chambers or Office Address**<br><br>101 W. Lombard Street<br>Chambers 9636<br>Baltimore, MD 21201 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐　NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Egenton Home, Inc. |
| 2. | Trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑　NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 05/14/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/30-11/1/2019 | Washington, D.C. | Seminar | Hotel |
| 2. | Turnaround Management Association | 6/5-6/6/2019 | Atlantic City, NJ | Seminar | Hotel |
| 3. | Bankruptcy Bar Association for the District of Maryland | 5/3/2019 | Annapolis, MD | Seminar | Meals, hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 05/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rice, David E.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. PNC Bank Accounts | C | Interest | N | T | | | | | |
| 2. Pentagon FCU Account | A | Interest | J | T | | | | | |
| 3. APG FCU Account | A | Interest | J | T | | | | | |
| 4. USAA Federal Accounts | A | Interest | K | T | | | | | |
| 5. New Perspective Mutual Fund | A | Dividend | L | T | | | | | |
| 6. McCormick Common (MKC) | B | Dividend | M | T | | | | | |
| 7. PNC Bank IRA's CD's | A | Interest | J | T | | | | | |
| 8. TD Ameritrade Money Market Account | A | Interest | J | T | | | | | |
| 9. Facebook, Inc. (FB) | | None | K | T | Sold (part) | 08/20/19 | J | C | |
| 10. Groupon, Inc. (GRPN) | | None | J | T | Sold (part) | 08/20/19 | J | A | |
| 11. Netflix, Inc. (NFLX) | | None | J | T | Sold (part) | 08/20/19 | J | B | |
| 12. Zynga, Inc. (ZNGA) | | None | J | T | Sold (part) | 08/20/19 | J | A | |
| 13. Square, Inc. (SQ) | | None | J | T | Sold (part) | 08/20/19 | J | C | |
| 14. Snap, Inc. (SNAP) | | None | J | T | Sold (part) | 08/20/19 | J | A | |
| 15. Blue Apron Holdings, Inc. (APRN) | | None | J | T | Sold (part) | 08/20/19 | J | A | |
| 16. SPDR Energy Select Sector Fund (XLE) | A | Dividend | J | T | Buy | 08/20/19 | J | | |
| 17. United States Oil Fund (DSO) | | None | J | T | Buy | 08/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Brokerage Account #1 (H) | | | | | | | | | |
| 19. Invesco S&P 500 Low Volatility ETF (SPVL) | A | Dividend | J | T | Sold (part) | 05/21/19 | J | A | |
| 20. iShares S&P 500 Growth ETF (IVW) | A | Dividend | K | T | Sold (part) | 05/21/19 | J | A | |
| 21. iShares S&P 500 Value ETF (IVE) | A | Dividend | K | T | Sold (part) | 05/21/19 | J | A | |
| 22. Oppenheimer S&P 500 Revenue ETF (now Invesco S&P 500 Revenue ETF)(RWL) | A | Dividend | K | T | Sold (part) | 05/21/19 | J | A | |
| 23. Schwab U.S. Large-Cap Growth ETF (SCHG) | A | Dividend | K | T | Sold (part) | 05/21/19 | J | A | |
| 24. Vanguard FTSE Developed Markets ETF (VEA) | A | Dividend | K | T | Sold (part) | 05/21/19 | J | A | |
| 25. Vanguard S&P Mid-Cap 400 Growth ETF (IVOG) | A | Dividend | K | T | Sold (part) | 04/05/19 | J | A | |
| 26. | | | | | Sold (part) | 05/21/19 | J | A | |
| 27. Vanguard S&P Mid-Cap 400 Value ETF (IVOV) | A | Dividend | K | T | Sold (part) | 05/21/19 | J | A | |
| 28. Wisdomtree Managed Futures Strategy ETF (WTMF) | A | Dividend | | | Sold | 02/05/19 | K | A | |
| 29. American Century Emerging Markets Fund (AMKIX) | A | Dividend | K | T | Sold (part) | 05/21/19 | J | A | |
| 30. Baron Small Cap Fund (BSFIX) | A | Dividend | K | T | Sold (part) | 05/21/19 | J | A | |
| 31. Goldman Sachs Absolute Return Tracker Fund (GJRTX) | A | Dividend | K | T | Buy (add'l) | 02/05/19 | K | | |
| 32. | | | | | Sold (part) | 05/21/19 | J | A | |
| 33. Guggenheim Macro Opportunities Fund (GIOIX) | A | Dividend | J | T | Sold (part) | 05/21/19 | J | A | |
| 34. Janus Henderson International Opportunities Fund (HFOIX) | A | Dividend | K | T | Sold (part) | 05/21/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Lord Abbett Total Return Fund (LTRFX) | B | Dividend | K | T | Sold (part) | 05/21/19 | J | A | |
| 36. Neuberger Berman Core Bond Fund (NCRLX) | B | Dividend | K | T | Sold (part) | 05/21/19 | J | A | |
| 37. PGIM Absolute Return Bond Fund (PADZX) | A | Dividend | J | T | Sold (part) | 05/21/19 | J | A | |
| 38. Royce Opportunity Fund (RYPNX) | A | Dividend | K | T | Sold (part) | 05/21/19 | J | A | |
| 39. Morgan Stanley Bank account | A | Interest | K | T | | | | | |
| 40. IBM Common (IBM) | A | Dividend | J | T | Sold (part) | 05/21/19 | J | A | |
| 41. American EuroPacific Growth Fund (AEPFX) | A | Dividend | | | Sold | 04/25/19 | J | A | |
| 42. IRA #1 (H) | | | | | | | | | |
| 43. MSLiquidAssetFund (now MS Private Bank, N.A.) | A | Interest | J | T | | | | | |
| 44. Godman Sachs Absolute Return Fund (GJRTX) | A | Dividend | L | T | Buy (add'l) | 02/05/19 | K | | |
| 45. | | | | | Sold (part) | 05/21/19 | K | A | |
| 46. AMG Timessquare International Small Cap Fund (TQTIX) | A | Dividend | | | Sold | 05/21/19 | K | A | |
| 47. American Centruy Emerging Mkts Fund (AMKIX) | A | Dividend | K | T | Sold (part) | 05/21/19 | K | A | |
| 48. Janus Henderson Int'l Opportunity Fund (HFOIX) | A | Dividend | K | T | Sold (part) | 05/21/19 | J | A | |
| 49. Vanguard FTSE Developed Mkts Fund (VEA) | A | Dividend | | | Sold | 03/06/19 | K | A | |
| 50. iShares S&P 500 Value ETF (IVE) | A | Dividend | K | T | Sold (part) | 05/21/19 | J | A | |
| 51. iShares S&P 500 Growth ETF (IVW) | A | Dividend | | | Sold (part) | 05/21/19 | K | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold | 05/29/19 | K | D | |
| 53. Baron Small Cap Inst Fund (BSFIX) | A | Dividend | | | Sold | 04/01/19 | K | A | |
| 54. Touchstone Sands Capital Select Growth Fund (CFSIX) | A | Dividend | J | T | Sold (part) | 05/21/19 | K | A | |
| 55. Royce Opportunity Fund (RYPNX) | A | Dividend | J | T | Buy (add'l) | 05/21/19 | J | | |
| 56. Oppenheimer Large Cap Revenue ETF(now Invesco S&P 500 Revenue ETF(RWL) | A | Dividend | K | T | Sold (part) | 05/21/19 | K | A | |
| 57. PGIM Jennison Mid-CapGrowth Fund (PEGZX) | A | Dividend | J | T | Sold (part) | 05/21/19 | J | A | |
| 58. iShares S&P Mid-Cap 400 Value ETF (IJJ) | A | Dividend | K | T | Sold (part) | 05/21/19 | J | A | |
| 59. Wisdomtree Managed Futures Strategy ETF (WDTI) | B | Dividend | | | Sold | 02/05/19 | K | A | |
| 60. Hartford Multifactor Developed Markets ETF (RODM) | A | Dividend | K | T | Buy | 03/06/19 | K | | |
| 61. | | | | | Sold (part) | 05/21/19 | J | A | |
| 62. Federated Kaufmann Small Cap Fund (FKAIX) | A | Dividend | K | T | Buy | 04/01/19 | K | | |
| 63. | | | | | Sold (part) | 05/21/19 | J | A | |
| 64. Lord Abbett Total Return Fund (LTRFX) | B | Dividend | L | T | Buy | 05/21/19 | L | | |
| 65. Neuberger Berman Core Bond Fund (NCRLX) | B | Dividend | L | T | Buy | 05/21/19 | L | | |
| 66. Invesco S&P 500 Low Volatility Fund (SPVL) | A | Dividend | J | T | Buy | 05/21/19 | J | | |
| 67. PGIM Absolute Return Bond Fund (PADZX) | A | Dividend | J | T | Buy | 05/21/19 | J | | |
| 68. Guggenheim Marco Opportunities Fund (GIOIX) | A | Dividend | J | T | Buy | 05/21/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | AB Concentrated Growth Fund (WPSGX) | A | Dividend | K | T | Buy | 05/21/19 | K | | |
| 70. | IRA #2 (H) | | | | | | | | | |
| 71. | Morgan Stanley Bank deposit account | A | Interest | J | T | | | | | |
| 72. | Columbia Strategic Income Fund (LSIZX) | B | Dividend | K | T | Sold<br>(part) | 10/08/19 | J | A | |
| 73. | Eaton Vance Tax Managed Income Fund (ETB) | C | Dividend | K | T | Sold<br>(part) | 10/08/19 | J | A | |
| 74. | iShares Cohen & Steers REIT Fund (ICF) | B | Dividend | K | T | Sold<br>(part) | 10/08/19 | J | A | |
| 75. | iShares IBOXX Inv. Grade Corp. Bond Fund (LQD) | A | Dividend | | | Sold | 04/05/19 | K | A | |
| 76. | Invesco S&P 500 High Dividend Low Volatility Fund (SPHD) | B | Dividend | K | T | Sold<br>(part) | 10/08/19 | J | A | |
| 77. | SPDR BBG Barclays Convertible Sec. Fund (CWB) | C | Dividend | K | T | Sold<br>(part) | 10/08/19 | J | A | |
| 78. | SPDR S&P Dividend Fund (SDY) | B | Dividend | K | T | Sold<br>(part) | 10/08/19 | J | A | |
| 79. | Voya Global Advantage Fund (IGA) | C | Dividend | K | T | Sold<br>(part) | 10/08/19 | J | A | |
| 80. | AB High Income Fund (AGDYX) | B | Dividend | K | T | Sold<br>(part) | 04/05/19 | J | A | |
| 81. | | | | | | Sold<br>(part) | 10/08/19 | J | A | |
| 82. | Janus Henderson Global Equity Income Fund (HFQIX) | C | Dividend | K | T | Sold<br>(part) | 07/16/19 | J | A | |
| 83. | | | | | | Sold<br>(part) | 10/08/19 | J | A | |
| 84. | Principal Preferred Securities Fund (PPSIX) | B | Dividend | K | T | Sold<br>(part) | 10/08/19 | J | A | |
| 85. | PGIM Absolute Return Bond Fund (PADZX) | B | Dividend | K | T | Sold<br>(part) | 10/08/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Guggenheim Macro Opportunities Fund (GIOIX) | B | Dividend | K | T | Buy | 04/05/19 | K | | |
| 87. | | | | | Sold (part) | 10/08/19 | J | A | |
| 88. Trust #1 (H) | | | | | | | | | |
| 89. Comerica Bank deposit account | | None | J | T | | | | | |
| 90. MBIA Bond | A | Interest | J | T | Sold (part) | 08/29/19 | J | A | |
| 91. Enbridge, Inc. (ENB) | A | Dividend | J | T | | | | | |
| 92. Allianzgi Income Growth Fund (AZNCX) | A | Dividend | K | T | | | | | |
| 93. Invesco High Yield Municipal Fund (ACTDX) | A | Dividend | J | T | Buy (add'l) | 09/06/19 | J | | |
| 94. PIMCO Income Fund (PONPX) | A | Dividend | J | T | | | | | |
| 95. First Trust MLP Fund (FEI) | A | Dividend | J | T | | | | | |
| 96. Janus Henderson Global Equity Fund (HFQIX) | A | Dividend | J | T | | | | | |
| 97. Nexpoint Credit Strategies Fund (NHF) | A | Dividend | J | T | Buy (add'l) | 09/06/19 | J | | |
| 98. Guggenheim Floating Rate Fund (GIFIX) | A | Dividend | | | Sold | 04/18/19 | J | A | |
| 99. Lord Abbett Floating Rate Fund (LFRFX) | A | Dividend | | | Sold (part) | 04/18/19 | J | A | |
| 100. | | | | | Sold | 07/23/19 | J | A | |
| 101. Pioneer Multi-Asset Income Fund (PMFYX) | A | Dividend | J | T | | | | | |
| 102. Highland Global Allocation Fund (HGLB) | A | Dividend | J | T | Buy | 04/16/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 07/19/19 | J | | |
| 104. | | | | | Buy<br>(add'l) | 09/06/19 | J | | |
| 105.  Angel Oak Multi-Strategy Income Fund (ANGIX) | A | Dividend | J | T | Buy | 04/16/19 | J | | |
| 106. | | | | | Buy<br>(add'l) | 07/19/19 | J | | |
| 107. | | | | | Buy<br>(add'l) | 09/06/19 | J | | |
| 108.  Columbia Strategic Income Fund (LSIZX) | A | Dividend | J | T | Buy | 04/16/19 | J | | |
| 109.  Mineral Rights, Dimmit County, TX | D | Royalty | K | W | | | | | |
| 110.  Mineral Rights, Canadian County, OK | | None | K | W | | | | | |
| 111.  Mineral Rights, Franklin County, AR | | None | K | W | | | | | |
| 112.  Mineral Rights, Lincoln County, OK | | None | K | W | | | | | |
| 113.  Mineral Rights, Pontotoc County, OK | | None | K | W | | | | | |
| 114.  PNC Bank (CD) | A | Interest | L | T | | | | | |
| 115.  M&T Bank Accounts | A | Interest | M | T | | | | | |
| 116.  Bank of America Accounts | A | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 05/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David E. Rice**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544